FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 28, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HD SUPPLY FACILITIES MAINTENANCE, LTD.,<br><br>Plaintiff,<br><br>v.<br><br>BRANDON SHOWERS and MARK ARLAND,<br><br>Defendants. | No. 2:24-CV-00179-MKD<br><br>ORDER GRANTING STIPULATED INJUNCTION<br><br>ECF No. 73 |

Before the Court is the parties' Stipulation of Settlement and Agreed Injunction Order, ECF No. 73, in which the parties request that the Court "(a) enter the Agreed Injunction Order and (b) dismiss the claims against Defendants and [sic] in their entirety." *Id.* at 4.  The Court construes this as a Stipulated Motion for Entry of Injunction and Dismissal.  Pursuant to the parties' stipulation and Fed. R. Civ. P. 41(a)(1)(A)(ii), the Court grants the motion.

Accordingly, **IT IS HEREBY ORDERED:**

ORDER - 1

1. The parties' construed Stipulated Motion for Entry of Injunction and Dismissal, **ECF No. 73**, is **GRANTED**.

2. The Court enters the Stipulated Injunction, which is attached hereto.

3. The above-captioned action is **DISMISSED** pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the parties' stipulation, without costs or attorneys' fees to either party.

   a. The Court retains continuing jurisdiction over this action for the purpose of enforcement of the Settlement Agreement and Stipulated Injunction, which will expire on July 31, 2025. *See* ECF No. 73 at 4.

4. All pending motions are **DENIED as moot.**

5. All remaining dates and deadlines are **STRICKEN**.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order; provide copies of this order to counsel; and **CLOSE the file**.

**DATED** February 28, 2025.

*s/Mary K. Dimke*
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

ORDER - 2